AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 07/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Law Institute National Advisory Board |
| 3. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 4. | Executor | Estate # 1 |
| 5. | Council Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Jones Walker LLP - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 15-17, 2014 | Philadelphia, Pennsylvanie | Council Meeting | Travel, lodging, meals |
| 2. | American Law Institute | May 18-19, 2014 | Washington, D.C. | Council Meeting | Travel, lodging, meals |
| 3. | American Law Institute | September 3-4, 2014 | Philadelphia, Pennsylvania | Advisers Meeting | Travel, lodging, meals |
| 4. | American Law Institute | October 15-17, 2014 | New York, New York | Council Meeting | Travel, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 2. --Merrill Lynch USA Rasp / Cash | A | Dividend | K | T | | | | | See Note in Section VIII. |
| 3. --iShares MSCI EAFE Index (EFA) | C | Dividend | L | T | Buy (add'l) | 03/24/14 | J | | |
| 4. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 5. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 6. --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | K | T | Buy | 04/16/14 | J | | |
| 7. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 8. --iShare Barlcys 20+ Yr Treas Index Fund (TLT) | A | Dividend | | | Sold | 09/10/14 | J | | See Note in Section VIII. |
| 9. --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 10. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 11. | | | | | Sold (part) | 09/10/14 | J | | |
| 12. --iShares Barclays 3-7 YEAR TRSY BD FD (IEI) | A | Dividend | K | T | Buy | 07/23/14 | J | | |
| 13. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 14. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | L | T | Buy | 07/23/14 | J | | See Note in Section VIII. |
| 15. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | | | Sold (part) | 04/17/14 | J | | See Note in Section VIII. |
| 16. | | | | | Buy | 07/23/14 | J | | |
| 17. | | | | | Sold | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | | |
| 19. | | | | | Buy | 07/23/14 | J | | |
| 20. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 21. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 22. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | K | T | Sold (part) | 06/17/14 | J | A | |
| 23. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy | 03/24/14 | K | | |
| 24. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 25. ----Vanguard Growth ETF (VUG) | C | Dividend | M | T | Sold (part) | 03/24/14 | K | | See Note in Section VIII. |
| 26. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 27. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | K | T | Buy | 07/23/14 | J | | |
| 28. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 29. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Sold (part) | 04/17/14 | J | | |
| 30. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 31. | | | | | Sold (part) | 09/10/14 | J | | |
| 32. --Maarket Vectors EMRG MKTS Local Currenty Debt ETF (EMLC) | A | Dividend | J | T | Buy | 07/23/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 34. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy | 07/23/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 36. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy | 07/23/14 | J | | |
| 37. --Emerging Global Shares (ECON) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | | See Note in Section VIII. |
| 38. --iShares INC CORE MSCI (IEMG) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | | See Note in Section VIII. |
| 39. | | | | | | | | | |
| 40. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 41. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 42. --ML Bank USA Rasp | A | Dividend | K | T | | | | | |
| 43. --iShares MSCI EAFE Index fund (EFA) | B | Dividend | K | T | Buy | 03/24/14 | J | | |
| 44. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 45. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 46. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | A | Dividend | J | T | Buy | 07/23/14 | J | | See Note in Section VIII. |
| 47. --iShare Barclays 20+ YR TREAS Index Fund (TLT) | A | Dividend | | | Sold | 09/10/14 | J | A | See Note in Section VIII. |
| 48. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy (add'l) | 07/23/14 | J | | |
| 49. | | | | | Sold (part) | 09/10/14 | J | | |
| 50. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | K | T | Buy | 07/23/14 | J | | |
| 51. | | | | | Buy (add'l) | 09/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | K | T | Buy | 07/23/14 | J | | See Note in Section VIII. |
| 53. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | | | Sold (part) | 04/17/14 | J | | See Note in Section VIII. |
| 54. | | | | | Buy | 07/23/14 | J | | |
| 55. | | | | | Sold | 09/10/14 | J | A | |
| 56. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | | |
| 57. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Buy | 04/16/14 | J | | See Note in Section VIII. |
| 58. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 59. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy | 03/24/14 | J | | |
| 60. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 61. --Vanguard Growth ETF (VUG) | B | Dividend | M | T | Sold (part) | 03/24/14 | K | | See Note in Section VIII. |
| 62. | | | | | Buy | 04/16/14 | J | | |
| 63. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | K | T | Buy | 04/16/14 | J | | See Note in Section VIII. |
| 64. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 65. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Sold (part) | 04/17/14 | J | | |
| 66. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 67. | | | | | Sold (part) | 09/10/14 | J | | |
| 68. --Market Vectors EMRG MKTS Local Currency DEBT ETF (EMLC) | A | Dividend | J | T | Buy | 07/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Buy (add'l) | 09/10/14 | J | | |
| 70. | --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy | 07/23/14 | J | | |
| 71. | | | | | | Buy (add'l) | 09/10/14 | J | | |
| 72. | --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy | 07/23/14 | J | | See Note in Section VIII. |
| 73. | --Emerging Global Shares (ECON) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | | See Note in Section VIII. |
| 74. | --iShares INC CORE MSCI (IEMG) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | | See Note in Section VIII. |
| 75. | | | | | | | | | | |
| 76. | Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 77. | --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | |
| 78. | | | | | | Sold (part) | 04/01/14 | K | A | |
| 79. | | | | | | Buy (add'l) | 07/01/14 | J | | |
| 80. | | | | | | Sold (part) | 07/01/14 | J | A | |
| 81. | | | | | | Buy (add'l) | 10/01/14 | J | | |
| 82. | --Fidelity Growth Company K (FGCKX) | D | Dividend | N | T | Sold (part) | 07/01/14 | L | B | |
| 83. | --Harbor Intl Inst (HAINX) | C | Dividend | M | T | Buy (add'l) | 04/01/14 | K | | |
| 84. | | | | | | Sold (part) | 07/01/14 | K | A | |
| 85. | --Fidelity Emerging Mkts K (FKEMX) | A | Dividend | | | Sold | 04/01/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | --Spartan US Bond Index Fund (FXSTX) | D | Dividend | O | T | Buy (add'l) | 07/01/14 | M | | |
| 87. | --Goldman Sachs Small Cap Value Class A (GSSMX) | E | Dividend | N | T | Buy (add'l) | 05/14/14 | K | | |
| 88. | | | | | | Sold (part) | 07/29/14 | M | E | |
| 89. | --Lazard Emerging Mkts Institutional (LZEMX) | C | Dividend | M | T | Sold (part) | 05/14/14 | K | A | |
| 90. | --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | J | T | Buy (add'l) | 04/01/14 | J | | |
| 91. | | | | | | Sold (part) | 05/14/14 | K | A | |
| 92. | | | | | | Sold (part) | 05/19/14 | K | A | |
| 93. | | | | | | Buy (add'l) | 09/08/14 | J | | |
| 94. | --Vanguard INFL PROT SEC | C | Dividend | M | T | | | | | See Note in Section VIII. |
| 95. | --Gabelli Equity Income CL A | D | Dividend | N | T | Sold (part) | 07/24/14 | L | E | |
| 96. | --Pimco Income Fund CL DT | D | Dividend | N | T | Buy (add'l) | 05/14/14 | K | | |
| 97. | | | | | | Buy (add'l) | 07/24/14 | J | | |
| 98. | | | | | | Buy (add'l) | 07/29/14 | M | | |
| 99. | --Vanguard Inflation PROT ADM (VAIPX) | C | Dividend | M | T | | | | | |
| 100. | --Fidelity Balanced K | C | Dividend | | | Buy | 04/01/14 | J | | |
| 101. | | | | | | Sold | 07/01/14 | J | A | |
| 102. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 104. --Cash / CMA Money Fund | A | Dividend | J | | | | | | |
| 105. --Blackrock Global Allocation FD INC C | A | Dividend | J | T | Sold (part) | 12/12/14 | K | | |
| 106. | | | | | | | | | |
| 107. Trust, Merrill Lynch (H): | | | | | | | | | |
| 108. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 109. --Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 110. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 111. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 112. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. Estate #1 | A | Int./Div. | J | T | | | | | |
| 119. --Morgan Stanley Money Market Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  Morgan Stanley Bank, N.A. (H): | A | Interest | J | T | | | | | |
| 122.  --Hancock Holding Co. (HBHC) | A | Dividend | | | Sold (part) | 07/01/14 | J | A | |
| 123. | | | | | Sold | 07/02/14 | J | A | |
| 124.  --Columbia Tax Exempt A (COLTX) | A | Dividend | | | Sold (part) | 01/07/14 | K | A | See Note in Section VIII. |
| 125. | | | | | Sold | 07/01/14 | J | A | |
| 126.  --EV National Muni Income A (EANAX) | A | Dividend | | | Sold (part) | 01/07/14 | L | A | See Note in Section VIII. |
| 127. | | | | | Sold | 07/01/14 | J | A | |
| 128.  --INVESCO Muni Income A (VKMMX) | A | Dividend | | | Sold (part) | 01/07/14 | K | A | See Note in Section VIII. |
| 129. | | | | | Sold | 07/01/14 | J | A | |
| 130.  --Consulting Grp Core Fixed Inc (TIIUX) | A | Dividend | K | T | Buy | 01/06/14 | K | | |
| 131. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 132.  --Consulting Grp Emrg Mkt EQ INV (TEMUX) | A | Dividend | K | T | Buy | 01/06/14 | K | | |
| 133. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 134.  --Consulting Grp HI YLD Invstmnt (THYUX) | B | Dividend | K | T | Buy | 01/06/14 | K | | |
| 135. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 136.  --Consulting Grp Intl EQ Invest (TIEUX) | A | Dividend | K | T | Buy | 01/06/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 138. --Consulting Grp Intl FX Inc Inv (TIFUX) | A | Dividend | K | T | Buy | 01/06/14 | K | | |
| 139. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 140. --Consulting Grp LG Cap Val Eq (TLVUX) | A | Dividend | L | T | Buy | 01/06/14 | L | | |
| 141. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 142. | | | | | Sold (part) | 07/10/14 | J | A | |
| 143. | | | | | Sold (part) | 10/08/14 | J | A | |
| 144. --Consulting Grp LG CP GW Invest (TLGUX) | A | Dividend | L | T | Buy | 01/06/14 | L | | |
| 145. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 146. --Consulting Grp SM CP GW Invest (TSGUX) | A | Dividend | L | T | Buy | 01/06/14 | K | | |
| 147. | | | | | Sold (part) | 01/27/14 | J | A | |
| 148. --Consulting Grp SM GP VL EQ Inv (TSVUX) | A | Dividend | L | T | Buy | 01/06/14 | K | | |
| 149. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 150. | | | | | Sold (part) | 04/09/14 | J | A | |
| 151. | | | | | | | | | |
| 152. Merrill Lynch: (H): | | | | | | | | | |
| 153. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | A | See Note in Section VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | |
| 155. --Vanguard Value ETF (VTV) | B | Dividend | L | T | Buy (add'l) | 03/24/14 | J | | |
| 156. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 157. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 158. --Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | A | |
| 159. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 160. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 161. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 162. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 163. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Sold (part) | 09/10/14 | J | A | |
| 164. --Market Vectors EMRG MKTS Local Currency Debt ETF (EMLC) | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 165. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 166. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 167. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 168. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 169. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 07/09/14 | J | | |
| 170. | | | | | Buy (add'l) | 07/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | | | Buy (add'l) | 07/23/14 | J | | |
| 172. | | | | | Sold (part) | 09/10/14 | J | A | |
| 173. | | | | | Sold | 09/10/14 | J | A | |
| 174. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Sold (part) | 04/17/14 | J | A | |
| 175. | | | | | Buy | 07/09/14 | J | | |
| 176. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 177. --Vanguard Small Cap value ETF (VBR) | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 178. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 179. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 180. --Emerging Global Shares Dow Jones (ECON) | A | Dividend | J | T | Sold (part) | 03/24/14 | J | A | |
| 181. | | | | | Buy | 07/09/14 | J | | |
| 182. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 183. --iShares MSCI EAFE (EFA) | A | Dividend | K | T | Buy | 03/24/14 | J | | |
| 184. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 185. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 186. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 187. --iShares 20+ Year Treasury Bond ETF (TLT) | A | Dividend | | | Buy | 07/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 09/10/14 | J | A | |
| 189. --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 04/17/14 | J | | |
| 190. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 191. | | | | | Sold (part) | 09/10/14 | J | A | |
| 192. --iShares 3-7 Year treasury Bond ETF (IEI | A | Dividend | J | T | Buy (add'l) | 07/09/14 | J | | |
| 193. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 194. --iShares MBS ETF (MBB) | A | Dividend | K | T | | | | | See Note in Section VIII. |
| 195. --ML Bank Deposit Program | A | Dividend | J | T | | | | | See Note in Section VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.    Investments and Trusts.

Note -- IRA #1, Merrill Lynch New Orleans (H) and Merrill Lynch Retirement Reserves/Cash" (lines 1 &2) should have been reported as "Closed" in my 2013 report.

Line 2 -- The asset was inadvertently reported as "Sold" on line 13 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 8 -- The asset was inadvertently reported as "Sold" on line 30 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 14 -- The asset was inadvertently reported as "Sold" on line 38 on the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 15 -- The asset was inadvertently reported as "Sold" on line 41 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 22 -- The asset was inadvertently reported as "Sold" on line 46 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 25 -- The asset was inadvertently reported as "Sold" on line 51 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 37 -- The asset was inadvertently reported as "Sold" on line 64 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 38 -- The asset was inadvertently reported as "Sold" on line 67 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold part)" on the 2013 Financial Disclosure Report.

Line 46 -- The asset was inadvertently reported as "Sold" on line 84 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 47 -- The asset was inadvertently reported as "Sold" on line 86 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 52 -- The asset was inadvertently reported as "Sold" on line 94 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 53 -- The asset was inadvertently reported as "Sold" on line 97 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 57 -- The asset was inadvertently reported as "Sold" on line 100 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 58 -- The asset was inadvertently reported as "Sold" on line 102 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 61 -- The asset was inadvertently reported as "Sold" on line 107 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 63 -- The asset was inadvertently reported as "Sold" on line 110 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 72 -- The asset was inadvertently reported as "Sold" on line 118 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 73 -- The asset was inadvertently reported as "Sold" on line 121 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 74 -- The asset was inadvertently reported as "Sold" on line 124 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 94 -- The asset was inadvertently reported as "Sold" on line 141 of the 2013 Financial Disclosure Report.  The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 104 -- The asset was inadvertently reported as "Sold" on line 147 of the 2013 Financial Disclosure Report. The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 152 -- (Header) Lines 208-249 of the 2013 Financial Disclosure Report were incorrectly listed as part of the Morgan Stanley account listed at line 203. Those assets were in a new account at Merrill Lynch. The 2014 Report correctly lists these assets under the Merrill Lynch account shown on lines 152-196.

Line 153 -- The asset was inadvertently reported as "Sold" on line 210 of the 2013 Financial Disclosure Report. The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 154 -- The asset was inadvertently reported as "Sold" on line 212 of the 2013 Financial Disclosure Report. The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 194 -- The asset was inadvertently reported as "Sold" on line 245 of the 2013 Financial Disclosure Report. The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.

Line 195 -- The asset was inadvertently reported as "Sold" on line 247 of the 2013 Financial Disclosure Report. The asset should have been reported as "Sold (part)" on the 2013 Financial Disclosure Report.


\*\*\*   SELF-INITIATED AMENDMENT   \*\*\*   11/23/15

Line 124 -- The Amount Code was inadvertly left off of the 2014 report. The asset should have been reported with the Amount Code "A."

Line 126 -- The Amount Code was inadvertly left off of the 2014 report. The asset should have been reported with the Amount Code "A."

Line 128 -- The Amount Code was inadvertly left off of the 2014 report. The asset should have been reported with the Amount Code "A."

Line 196 -- The asset was completely sold on June 7, 2013, and should not have been listed on the 2014 report. Line 196 was deleted in the Self-Initiated Amendment, and filed on 11/23/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544